UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for U.S. Bank Trust National*
*Association, not in its individual capacity, but*
*solely as Trustee of LSF8 Master Participation*
*Trust*

In Re:

**Julieta Navarro,** *aka* **Julieta M Navarro** ,

Debtor(s).

Case No.: 24-14580-SLM

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of U.S. Bank Trust National Association, not in its individual capacity,

but solely as Trustee of LSF8 Master Participation Trust. Request is made that the documents   filed in this

case and identified below be served on the undersigned at this address:

ADDRESS:
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By:*/s/ Joshua I. Goldman*

Dated: May 13, 2024

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for U.S. Bank Trust National
Association, not in its individual capacity, but
solely as Trustee of LSF8 Master Participation
Trust*

</td></tr>
</table>

| In Re: | Case No.: 24-14580-SLM |
|---|---|
| **Julieta Navarro,** *aka* **Julieta M Navarro**, | Chapter: 13 |
| Debtor(s). | Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   ☐ represent _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.
1. On <u>May 13, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/* Catherine Rusteberg
Catherine Rusteberg

Dated:  May 13, 2024

| Name and Address of Party Served | Relationship of Party to the Case | | Mode of Service |
|---|---|---|---|
| **Julieta Navarro**<br>93 Ferry Street<br>Jersey City, NJ 07307 | Debtor | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Nicholas Fitzgerald**<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Debtor's Attorney | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.